IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIGUEL RICO,

          Plaintiff,

v.

KEITH SANDEN and
RYAN VALLEROY,

          Defendants.

Case No. 16-cv-877-NJR-GCS

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gilbert C. Sison (Doc. 50) regarding the motion for summary judgment filed by Ryan Valleroy (Doc. 39). The Report and Recommendation was entered on August 28, 2019; it recommends denying the motion for summary judgment (Doc. 50). No objections were filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Judge Sison's Report and Recommendation and finds there is no clear error in his findings of fact or conclusions of law. Accordingly, the

Report and Recommendation (Doc. 50) is **ADOPTED** in its entirety. The Court **DENIES** the motion for summary judgment filed by Ryan Valleroy (Doc. 39).

    **IT IS SO ORDERED.**

    DATED:   September 17, 2019

                                                  **NANCY J. ROSENSTENGEL**
                                                **Chief U.S. District Judge**